IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Paul D. Vunda,  :
  :
      Petitioner(s),  :
  : Case Number: 1:15cv301
vs.  :
  : Judge Susan J. Dlott
Warden, Lebanon Correctional Institution,  :
  :
      Respondent(s).  :

ORDER

      This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on May 3, 2016 a Report and Recommendation (Doc. 9). Subsequently, the petitioner filed objections to such Report and Recommendation (Doc.11) and the respondent filed a response to the objections (Doc. 12).

      The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter.  Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

      Accordingly, the petitioner's *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 1) is DENIED with prejudice.

      A certificate of appealability will not issue with respect to any of the grounds for relief alleged in the petition because petitioner has not stated a "viable claim of the denial of a constitutional right," nor are the issues presented "adequate to deserve encouragement to proceed further."  See *Slack v. McDaniel,* 529 U.S. 473, 475 (2000) (citing *Barefoot v. Estelle,* 463 U.S.

880, 893 & n.4 (1983)); *see also* 28 U.S.C. § 2253 ( c ); Fed. R. App. 22(b).

With respect to any application to proceed on appeal *in forma pauperis,* the Court will certify pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of any Order adopting the Report and Recommendation will not be taken in "good faith," and, therefore, petitioner is DENIED leave to appeal *in forma pauperis* upon a showing of financial necessity. *See* Fed. R. App. P. 24(a); *Kincade v. Sparkman*, 117 F.3d 949, 952 (6th Cir. 1997).

IT IS SO ORDERED.

        ___s/Susan J. Dlott_____
        Judge Susan J. Lott
        United States District Court